FILED
CLERK, U.S. DISTRICT COURT

NOV 1 3 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 24-MJ-477 |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| JUAN CARDONAS | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

1    The court concludes:

2  A.    ( ✓ )  Defendant poses a risk to the safety of other persons or the community

3    because defendant has not demonstrated by clear and convincing

4    evidence that:

5    • ALLEGATION OF ABSCONDING

6    • CRIMINAL HISTORY

7    • SUBMISSION TO DETENTION

8

9

10  (B)   ( ✓ )  Defendant is a flight risk because defendant has not shown by clear

11    and convincing evidence that:

12    • ALLEGATION OF ABSCONDING

13    • SUBMISSION TO DETENTION

14

15

16

17    IT IS ORDERED that defendant be detained.

18

19  DATED: 11/13/24

20

21

22

23    DAVID T. BRISTOW
24    UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2